No. 265.—Peña Vda. Balbás, et als., peticionarios, v. Corte de Distrito de San Juan, demandada.— Enero 17, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Wolf.)

No estando convencida esta corte de que procede un *mandamus* para ordenar a una corte inferior a que castigue por desacato, ni aun suponiendo tal facultad; por parte de este tribunal, de que los peticionarios han agotado todas las posibilidades que puedan favorecer la resolución de la corte de distrito al negarse a castigar por desacato, y no habiendo tampoco convencido a esta corte de que los peticionarios sufrirían un verdadero perjuicio por razón de tal negativa por parte de la corte de distrito, no ha lugar a librar el auto solicitado.

No. 4940.—Vázquez, aplda., v. López, aplte.—C. D. San Juan. Enero 20, 1930. Sin lugar la reconsideración.